IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-4864
_____

**UNITED STATES OF AMERICA**
**Appellee**

v.

**FEROSE KERRY KHAN**
**Appellant**
_____

## MOTION PURSUANT TO LOCAL RULE 46(c)

Pursuant to Local Rule 46(c) and Rule 1.16(a)(3) of the Rules of the Virginia State Bar, Rena G. Berry, appointed counsel for defendant-appellant Ferose Khan moves for leave to withdraw as counsel for Ferose Khan. In support of this motion, counsel states as follows:

1. Counsel was appointed to represent Mr. Khan by Order of this Court dated October 24, 2011.

2. On December 20, 2011, counsel conferred with Mr. Khan who requested that this counsel be relieved of representing him. Mr. Khan advised that he consulted another attorney who evaluated his case and Mr. Khan is aware of the issues he wants to raise. In addition, Mr.Khan indicated he elects to proceed pro se' in accord with Local Rule 46(f).

3. Mr. Khan confirmed this request in writing by letter filed with this Court on December 22, 2011.

4. On December 20, 2011, this Court's briefing schedule was discussed with Mr. Khan.

WHEREFORE, for good cause shown, counsel moves this Court for leave to withdraw from representation.

                        Rena G. Berry, Esquire
                        Of Counsel

/s/ Rena G. Berry, Esquire
130 West Campbell Avenue
P.O. Box 132
Roanoke, VA 24002-0132
(540) 343-9358
Counsel for Appellant

## CERTIFICATE OF SERVICE

     I, Rena G. Berry do hereby certify that a true and correct copy of the foregoing Motion to withdraw was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Dennis Fitzpatrick, counsel for the government and was mailed by first class mail to Ferose Khan #77883-083 at FCI Allelnwood-Medium, P.O. Box 2000, White Deer, PA 17887 this day, December 27, 2011.

                        /s/ Rena G. Berry