Document ONE.

11-4864

Ferose Khan. # 77883-083
F.C.I. Allenwood-Medium
P.O. Box 2000
White Deer PA 17887

FILED
FEB 21 2012
U.S. Court of Appeals
Fourth Circuit

Wednesday February 15th 2012

Re: 4th circuit correspondence
Dated February 9th 2012.

Ms. Judith B Henry.

Dear Ms. Henry, With Regards to your Response, I am writing to you, to simply apprise you, that I was fitnessed to attend the January 6th Briefing schedule, But Due to your Letter of December 27th, I Accepted your Letter in Good Faith, And on the Criminal Justice Application, I Notated on the very Application, for your office to Ask the Next Lawyer to give Fidelity to the Virginia Professional code, And as a Result of myself Accepting your Letter in Good faith, I Have Lost a whole month of, that my Brief could of been in circulation.

RECEIVED 2012 FEB 21 AM 10:36 U.S. COURT OF APPEALS FOURTH CIRCUIT

Document Two

Now I have a month of lost time on this Appeal, and I find your correspondence of February 9th, to be inconsistent with the mission of this court. I have always conducted business with this court under the Doctrine of Official Business, Judge Brinkema also authored that 4th circuit now has the mandate over my case. I was in a posture to proceed with January 6, Briefing schedule, I asked your office, only to ask the next Lawyer to give Fidelity to the code, Then I write your office, when Mr. Brooks is not Responding, or Acting on my Behalf, and in your correspondence of February 9th, you give no Regard or considerations, into that. Something is greatly Amuk in the Landscape of ethics in this matter.

cc: File.
Bcc: DKJ.

LEGAL MAIL

FEROZE KHAN # 11005-000
F.C.I. Allenwood-Medium
P.O. Box 2000
White Deer PA 17887

HARRISBURG PA 170
15 FEB 2012 PM 1 L

INSPECTED

FEB 14 2012

Ms. Judith B. Henry- Counsel to the Clerk
1100 East Main Street, Court of Appeals
Suite 501- 4th Circuit
Richmond Virginia 23219-3517

---

LEGAL MAIL

Ms. Judith Henry - Counsel
Federal Correctional Institution
Allenwood PA

...closed letter was given to us through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information. If the writer encloses correspondence for forw...

4th Circuit Court
of Appeals

Ms. Judith Henry- Counsel to the Clerk